UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TYLER VAN EPS,

                Plaintiff,

                                      Case No. 1:09-cv-962

v.

                                        HONORABLE PAUL L. MALONEY

STRYKER CORPORATION, ET AL.,

                Defendants.

_____/


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendants Stryker Corporation and Stryker Sales Corporation have not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendants Stryker Corporation and Stryker Sales Corporation shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date: March 4, 2010                            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge