UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TYLER VAN EPS,

                    Plaintiff,
                                                    Case No. 1:09-cv-962
v.
                                                    HONORABLE PAUL L. MALONEY
STRYKER CORPORATION, ET AL.,

                    Defendants.

_____/


**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

        Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure

statement that (1) identifies any parent corporation and any publicly held corporation owning

10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket

for this case has revealed that defendants DJO, LLC and DJO, Inc. have not filed the requisite

disclosure.

        IT IS HEREBY ORDERED that defendants DJO, LLC and DJO, Inc. shall file a

corporate disclosure statement within seven (7) days of the date of this order.



Date:   March 5, 2010                          _/s/ Paul L. Maloney_____
                                               Paul L. Maloney
                                               Chief United States District Judge